UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

| | | |
|---|---|---|
| In re: | ) | Case No.: 09-10667 |
| | ) | |
| JERE C. WRIGHT, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION TO SELL

Now comes Jere Wright, by and through Michelle Kainen, and prays that the court permit the Debtor to sell vacant land and in support states as follows:

1. The Debtor filed his chapter 13 petition on June 9, 2009.

2. The Debtor has signed a purchase and sale agreement to sell the acreage, commonly known as 1083 Old Bow Road, Weathersfield, Vermont to Timothy Watkins of Weathersfield, Vermont (Exhibit A);

3. The proposed distribution from the sale is as follows:

| | |
|---|---|
| Contract price | $ 12,000.00 |
| Less: | |
| Attorneys fees for motion (assuming no hearing attendance) | $ 300.00 |
| Closing costs (approx) | $ 350.00 |
| 8% real estate commission (Town and Country Realty) | $ 960.00 |
| | |
| Total proceeds to trustee for distribution to creditors (approx) | $ 10,390.00 |

Wherefore it is prayed that the court approve the sale of the debtor's property, and grant such further relief as is just.

Dated this 14th day of December, 2009

By:/s/ Michelle Kainen
Michelle Kainen
Kainen Law Office, PC
P.O. Box 919
White River Jct., VT 05001
(802) 296-2100